JOHN H. BRINK BAR NO. 28018
KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CV 10-9991 |
|---|---|
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| AUDREY RILEY, | |
| Defendant. | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, AUDREY RILEY, in the total amount of $11,747.13.

Dated: 11/3/2011

TERRY NAFISI, CLERK
United States District Court
Central District of California

L. Rayford
By: Deputy Clerk

1